NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

HEARTS BLUFF GAME RANCH, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2010-5164

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-498, Senior Judge Robert H. Hodges, Jr.

---

## ON MOTION

---

## ORDER

The United States moves for a 41-day extension of time, until April 20, 2011, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

MAR 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven G. White, Esq.
    Tamara N. Rountree, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 7 2011

JAN HORBALY
CLERK